IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ACandS, INC., | Bankruptcy Case No. 02-12687 (JKF) |
| ACandS, INC.,<br>   Appellant,<br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY,<br>   Appellee. | Civil Action No. 04-120 (JJF) |
| IREX CORPORATION,<br>   Appellant,<br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY, and THE TRAVELERS INDEMNITY COMPANY,<br>   Appellee. | Civil Action No. 04-121 (JJF) |
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS,<br>   Appellant,<br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY, and THE TRAVELERS INDEMNITY COMPANY,<br>   Appellee. | Civil Action No. 04-122 (JJF) |
| LAWRENCE FITZPATRICK<br>   Appellant,<br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY, and THE TRAVELERS INDEMNITY COMPANY,<br>   Appellee. | Civil Action No. 04-123 (JJF) |

**NOTICE OF SUBSTITUTION OF COUNSEL, ENTRY OF
APPEARANCE AND REQUEST FOR NOTICES AND OTHER PLEADINGS**

**PLEASE TAKE NOTICE** that Laura Davis Jones, Esquire and Curtis A. Hehn, Esquire of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. ("PSZYJW") located at 919 North Market Street, 16th Floor, Wilmington, Delaware 19801, hereby enter their appearance as counsel of record for ACandS., Inc. in place and instead of Michael P. Migliore, Esquire, formerly of PSZYJW.

**PLEASE TAKE FURTHER NOTICE** that all notices, pleadings, motions and other papers filed in the above-captioned cases are requested to be served upon:

| | |
|---|---|
| Laura Davis Jones, Esquire<br>PACHULSKI, STANG, ZIEHL, YOUNG<br>JONES & WEINTRAUB, P.C.<br>919 North Market Street, 16th Floor<br>P.O. Box 8705<br>Wilmington, DE 197899 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Electronic mail: ljones@pszyjw.com | Curtis A. Hehn, Esquire<br>PACHULSKI, STANG, ZIEHL, YOUNG<br>JONES & WEINTRAUB, P.C.<br>919 North Market Street, 16th Floor<br>P.O. Box 8705<br>Wilmington, DE 197899 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Electronic mail: chehn@pszyjw.com |

Dated: May 10, 2005

PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB P.C.

/s/ Laura Davis Jones
Laura Davis Jones (Bar No. 2436)
Curtis A. Hehn (Bar No. 4264)
David M. Bertenthal (CA Bar No. 167624)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Counsel to ACandS, Inc.
Debtor and Debtor-in-Possession