IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re ACandS, INC.,

|  |  |
|---|---|
|  | Bankruptcy Case No. 02-12687 (JKF) |
| ACandS, INC.,<br>                    Appellant,<br>        v.<br><br>TRAVELERS CASUALTY AND SURETY<br>COMPANY,<br>                    Appellee. | Civil Action No. 04-120 (JJF) |
| IREX CORPORATION,<br>                    Appellant,<br>        v.<br><br>TRAVELERS CASUALTY AND SURETY<br>COMPANY, and THE TRAVELERS<br>INDEMNITY COMPANY,<br>                    Appellee. | Civil Action No. 04-121 (JJF) |
| OFFICIAL COMMITTEE OF ASBESTOS<br>PERSONAL INJURY CLAIMANTS,<br>                    Appellant,<br>        v.<br><br>TRAVELERS CASUALTY AND SURETY<br>COMPANY, and THE TRAVELERS<br>INDEMNITY COMPANY,<br>                    Appellee. | Civil Action No. 04-122 (JJF) |
| LAWRENCE FITZPATRICK<br>                    Appellant,<br>        v.<br><br>TRAVELERS CASUALTY AND SURETY<br>COMPANY, and THE TRAVELERS<br>INDEMNITY COMPANY,<br>                    Appellee. | Civil Action No. 04-123 (JJF) |

## **AFFIDAVIT OF SERVICE**

Timothy M. O'Brien, being duly sworn according to law, deposes and says that he is

employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. and that on the 10th day of May, 2005 he caused a copy of the following document to be served upon the parties on the attached service list in the manner indicated:

1.    Notice of Substitution of Counsel, Entry of Appearance and Request for Notices and Other Pleadings.

**Dated:**  May 10, 2005

Timothy M. O'Brien

Sworn to and subscribed before
me this 10th day of May, 2005

Notary Public
My Commission Expires: 02/11/06

HOLLY T. WALSH
Notary Public - Delaware
My Comm. Expires Feb. 11, 2006